**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Pacific Century International LTD
                              Plaintiff,

v.                                                Case No.: 1:11−cv−04825
                                                Honorable Sharon Johnson Coleman

Does 1−44
                              Defendant.


**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 6, 2011:

      MINUTE entry before Honorable Sharon Johnson Coleman:Motion hearing held. Plaintiff's to conduct expedited discovery [5] is granted. Status hearing is set for 12/7/2011 at 08:30 AM.Mailed notice(jms, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.