IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PACIFIC CENTURY INTERNATIONAL LTD, <br><br> Plaintiff <br><br> v. <br><br> DOES 1 – 44, <br><br> Defendants | CASE NO. 11-cv-04825 <br><br> Judge: Hon. Sharon J. Coleman <br> Magistrate Judge: Hon. Sheila M. Finnegan |

### PLAINTIFF'S NOTICE OF DISMISSAL OF ACTION WITHOUT PREJUDICE

Plaintiff, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses without prejudice all causes of action in the complaint. The Defendants have filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate.

Respectfully submitted,

**DATED:** November 11, 2011

By: /s/ John Steele
John Steele (Bar No. 6292158)
Steele Hansmeier PLLC
161 N. Clark St., Suite 3200,
Chicago, IL 60601
312-880-9160; Fax 312-893-5677
jlsteele@wefightpiracy.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on November 11, 2011, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system, in compliance with Local Rule 5.2(a).

                                                                         s/ John Steele
                                                                         JOHN STEELE